# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEH SHOU KAO, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CARDCONNECT CORP. | : | NO.  16-CV-5707 |

## ORDER

AND NOW, this  6th  day of October, 2017, IT IS HEREBY ORDERED that the defendant's request for additional time to file its brief is GRANTED without objection.

Defendant shall file its brief by October 10, 2017.  Plaintiffs shall file their answer 14 days thereafter, and Defendant may file a reply within 3 days of the answer.

BY THE COURT:

 /s/ *J. William Ditter, Jr.*
J. WILLIAM DITTER, JR., J.