# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEH SHOU KAO and TS KAO, INC., on behalf of themselves and all others similarly situated,<br><br>              *Plaintiffs*,<br>   v.<br><br>CARDCONNECT CORP.,<br><br>              *Defendant*. | |
| TECH LOUNGE SP, LLC and THE LAW OFFICE OF KEVIN ADAMS, PLLC, on behalf of themselves and all others similarly situated,<br><br>              *Plaintiffs*,<br>   v.<br><br>CARDCONNECT CORP.,<br><br>              *Defendant*. | Consolidated Civil Action No. 2:16-cv-05707<br><br>HON. J. WILLIAM DITTER |

## ORDER

Pursuant to the parties' agreement to amend the schedule for the designation of implied contract terms set forth in the parties' joint letter dated December 12, 2017, IT IS HEREBY ORDERED that:

1. CardConnect Corp. is directed to submit its designated implied contract terms to Plaintiffs by January 10, 2018;

2. The Court will conduct a teleconference with the parties on December 18, 2017 at 11:00 a.m.

DATED: 12/15/17

                                                      Honorable J. William Ditter, Jr.
                                                      United States District Judge