# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEH SHOU KAO, et al. | : | CIVIL ACTION |
| v. | : | |
| CARDCONNECT CORP. | : | NO. 16-CV-5707 |

## O R D E R

AND NOW, this 26th day of September, IT IS HEREBY ORDERED that the terms of the parties' implied contract are as follows:

CardConnect agreed to provide its services for the fees and rates set forth in each Plaintiff's service contract and is limited to those terms absent a mutual modification of the implied contract. All unsolicited and unilateral changes made in various billing statements that were not by mutual agreement are not binding on the plaintiffs. In the absence of an allegation by CardConnect that a plaintiff agreed to a contract modification, the fees originally set forth stand.

BY THE COURT:

*J. William Ditter, Jr.*
J. WILLIAM DITTER, JR., J.