# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEH SHOU KAO, and T S KAO, INC., on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br><br>CARDCONNECT CORP.,<br><br>*Defendant.* | |
| TECH LOUNGE SP, LLC, and THE LAW OFFICE OF KEVIN ADAMS, PLLC, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br><br>CARDCONNECT CORP.,<br><br>*Defendant.* | CONSOLIDATED CIVIL ACTION NO. 16-5707 |

## ORDER

**AND NOW**, this 26th day of June, 2019, after considering the Defendant's Motion for Reconsideration or, in the alternative, Certification for Interlocutory Review, (ECF No. 71), the Plaintiffs' Response, (ECF No. 72), and the Defendant's Reply (ECF No. 73), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.