IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE SHOU KAO and T S KAO, INC., *Plaintiffs,* v. CARDCONNECT CORP, *Defendant.* | CIVIL ACTION NO. 16-5707 |

## ORDER

AND NOW, this 16th day of December, 2020, it is **ORDERED** that the final approval hearing has been rescheduled to **Wednesday, January 27, 2021 at 10:00 a.m.** The Court has determined that the final approval hearing will take place *only* via an on the record telephone call[1] that participants can access using the following:

Dial in number: **571-353-2300**;

Conference code: **328775212#**.

The Settlement Administrator shall make this information available to members of the settlement class by posting it on the settlement website by the close of business on January 11, 2021.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] To protect the health and safety of the public, staff, and judicial officers from exposure to or spread of COVID-19, no part of the final approval hearing will be conducted in the James A. Byrne U.S. Courthouse in Philadelphia.